| | | | | |
|---|---|---|---|---|
| Cause #: | 2012-38540 | Court # | 312TH | Judgment Date: 10/28/2014 |

| | | | |
|---|---|---|---|
| Volume: | | Page: | Image #: 62970837 |

| | | | |
|---|---|---|---|
| Due Date: | 2/25/2015 | Attorney Bar No: | 3862700 |

Assigned to    FIRST    Court of Appeals

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 3:29:33 PM
CHRISTOPHER A. PRINE
Clerk

| | |
|---|---|
| Date **Findings of Facts**/Mtn of Modify/Mtn New Trial filed? | 11/14/2014 |

| | | |
|---|---|---|
| Request for Transcript Filed? | NONE | BC |
| Notice of Appeal previously filed? N | | C |
| Number of Days: | 120 | OA |

File Ordered: IMAGED

Notes: Motion to Set Aside filed 11/25/2014

BC    Notice of Appeal filed
BG    Notice of Appeal filed – Government
C     Appealing Final Judgment
D -    Accelerated Appeal
OA     No Clerk's Record Request filed
O – Clerk's Record Request filed (w/Notice of Appeal)

No. 2012-38540

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | IN THE DISTRICT COURT |
| MARRIAGE OF | § | |
| | § | |
| LYNNE J. SHANNON | § | 312TH JUDICIAL DISTRICT |
| AND JEFFREY S. SHANNON, II | § | |
| | § | |
| | § | |
| | § | |
| AND IN THE INTEREST OF | § | HARRIS COUNTY, TEXAS |
| SAVANNAH C. SHANNON, A CHILD | § | |

## NOTICE OF APPEAL

Lynne M. Jurek, party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on October 28, 2014.

Lynne M. Jurek desires to appeal desires to appeal a portion of the final Enforcement Order signed by the trial court judge of the 312th District Court of Harris County, Texas, on October 28, 2014. Specifically, Lynne M. Jurek seeks to appeal the finding of the 312th District Court that "the taxes on the gross distribution of Wife's 401K are NOT related to the employment income and do not fall under the language in the Divorce Decree and those taxes are to be paid 100% by the Wife."

This appeal is being taken to either the First or Fourteenth Court of Appeals.

This notice is being filed by Lynne M. Jurek.

Lynne M Jurek has not previously filed a related appeal or original proceeding in either the First or Fourteenth Court of Appeals.

Respectfully submitted,

/s/Sybil J. Carr
**SYBIL J. CARR**
Texas Bar No. 03862700
363 North Beltway 8
Suite 1100
Houston, Texas 77060
Tel. (713) 686-6005
Fax. (713) 513-5548

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served upon all counsel of record via e-filing and email, Texas Rules of Civil Procedure, this 26th day of January, 2015.

Kelly P. Joseph
Via Facsimile (7 13) 865-5615

/s/Sybil J. Carr
**SYBIL J. CARR**

```
JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 28, 2015(C1)
   INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                          GENERAL PARTY INQUIRY            PAGE:    1 -    1

CASE NUM: 201238540__ PJN> __ TRANS NUM: _____ CURRENT COURT: 312 PUB? _
CASE TYPE: FOCAS - DIVORCE WITH CHILDREN   CASE STATUS: POST JUDGMENT
STYLE: SHANNON, LYNNE J               VS SHANNON, JEFFREY STEPHEN II
=============================================================================
                        **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_  04 00017-0001 RES           SHANNON, JEFFREY S II
_  04 00016-0001 REL 03862700 JUREK, LYNNE M                      CARR, SYBIL J
_  03 00015-0001 RES           SHANNON, JEFFREY S
_  03 00014-0001 REL 07586800 JUREK, LYNNE M                      SINGLEY, ANNE




==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP


JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      JAN 28, 2015(C1)
   INT6510                   CIVIL CASE INTAKE              OPT: _____ - INT
                          GENERAL PARTY INQUIRY            PAGE:    1 -    2

CASE NUM: 201238540__ PJN> __ TRANS NUM: _____ CURRENT COURT: 312 PUB? _
CASE TYPE: FOCAS - DIVORCE WITH CHILDREN   CASE STATUS: POST JUDGMENT
STYLE: SHANNON, LYNNE J               VS SHANNON, JEFFREY STEPHEN II
=============================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME             PTY    ASSOC. ATTY
   NUM   NUMBER                                           STAT
_     00013-0001 PLT 24010810 SHANNON, JEFFREY SHANNON II      JOSEPH, KELLY
_  02 00012-0001 RES           SHANNON, JEFFREY S II
_  02 00011-0001 REL 07586800 SHANNON, LYNNE J (NOW LYNNE M    SINGLEY, ANNE
_  01 00010-0001 RES           SHANNON, JEFFREY S II
_  01 00009-0001 REL 07586800 SHANNON, LYNNE J (NOW LYNNE M    SINGLEY, ANNE
_     00008-0001 AGT           STRIPING UNLIMITED CORP.
_     00007-0001 DEF           SHANNON, JEFFREY S II
_     00006-0001 DEF           SHANNON, JEFFREY S II

==> (16) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 201238540__ PJN> __ TRANS NUM: _____ CURRENT COURT: 312 PUB? _
CASE TYPE: FOCAS - DIVORCE WITH CHILDREN  CASE STATUS: POST JUDGMENT
STYLE: SHANNON, LYNNE J                VS SHANNON, JEFFREY STEPHEN II
==============================================================================
                        **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR       PERSON NAME             PTY    ASSOC. ATTY
   NUM    NUMBER                                         STAT
_      00004-0001 XDF 11059250 SHANNON, LYNNE J                 JUREK, LYNNE
_      00003-0001 XPL 24010810 SHANNON, JEFFREY S II            JOSEPH, KELLY
_      00005-0001 GAL 24036147 ARMSTRONG, REGAN                 ARMSTRONG, RE
_      00002-0001 DEF          SHANNON, JEFFREY STEPHEN II
_      00001-0001 PLT 00865500 SHANNON, LYNNE J                 ADAMS, JAMES
_      00001-0001 PAP 11059250 JUREK, LYNNE M.
_      00001-0001 PAP 24058266 LOWRY, MARIA SARA
_      00001-0001 PAP 24044799 BARRINGER, MAISIE ANNE

==> (16) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP